HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND JESSE DAZA-CORTEZ,<br><br>                    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 2:18-cv-01608-RAJ<br><br>ORDER |

This matter comes before the Court on Petitioner Roland Jesse Daza-Cortez's (Petitioner) Objections to Disclosure. Dkt. # 28. Petitioner has filed, *ex parte* and under seal, his objections to the disclosure of specific materials disclosed by his prior attorney, Emily Gause, for purposes of litigating his claim of ineffective assistance of counsel. Dkt. ## 28, 30. The Court has conducted an *in-camera* review of Petitioner's objections pursuant to its Order Granting United States' Motion to Compel Disclosure and Setting Out Disclosure Procedure. Dkt. # 26. The Court finds that the specific materials that Petitioner objects to disclosing are not relevant to resolving the disputed claims and thus fall outside the scope of the waiver of attorney-client privilege.

ORDER – 1

The Court ORDERS that Exhibits 1, 2, 4, and 13 are excluded from disclosure to the United States and shall not be used for the purpose of litigating Petitioner's § 2255 Motion.

DATED this 10th day of June, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2