UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>            Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Plaintiff-Respondent. | NO.  C18-1608RAJ<br>     (CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br>("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 8

Notes from Prior Counsel Emily Gause

January 23, 2017

Negotiation Phone call with Sarah Vogel and Andy Colosurdo

1/23/2017

Explained our position and our offer

5 year MM, government cap at 84 months. No guns, no Scion, no storage unit, no money laundering.

Gave reasons in the memo – cited to evidence in discovery – summarized Lorraine's report – and compared with other similar leaders of DTOs in related cases. Compared with Mendoza-Garcia.

Don't need an email with explanation.

Send the email with the bullet points and endorsed offer – they will share with their supervisor.

She doesn't think the 84 month is horribly unreasonable. But the lack of plea to a gun count and money laundering may be a non-starter.