UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>          Defendant-Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff-Respondent. | NO.  C18-1608RAJ<br>          (CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br> ("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 10

Email between Prior Counsel Emily Gause and Florinda Cortez

February 3, 2017

## Emily Gause

**From:** Florinda Cortez <florindacortez9@gmail.com>
**Sent:** Friday, February 3, 2017 1:49 PM
**To:** Emily Gause
**Subject:** Re: Visit

Hey Emily can you send me the email we talked about yesterday over the phone

On Thursday, February 2, 2017, Emily M. Gause <emily@emilygauselaw.com> wrote:
Absolutely. I was on a plane for most of the afternoon and evening yesterday. I will make myself available after 10 am.

Sent from my iPhone

On Feb 2, 2017, at 9:46 AM, Florinda Cortez <florindacortez9@gmail.com> wrote:

> Good morning Emily is there a way we can call you today? I have an appt with my daughter at 830 but I think I should be free after 10 am?
>
> On Wednesday, February 1, 2017, Emily M. Gause <emily@emilygauselaw.com> wrote:
> Please call me. I'm happy to discuss with you.
>
> Sent from my iPhone
>
> On Jan 31, 2017, at 7:44 PM, Florinda Cortez <florindacortez9@gmail.com> wrote:
>
>> Good evening Emily
>> My mom wants to know what's going on with my uncles case because she said he called her and she didn't understand what is going on? She said he confused her and said that his case is not looking good?

1