UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>                    Defendant-Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Respondent. | NO.  C18-1608RAJ<br>         (CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br> ("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 12

Notes from Prior Counsel Emily Gause

February 6, 2017

Mtg w/ Roland                                    2/6/17

Plea deadline exp. but I told Sarah I would give answer by 1pm today

33.5 mo (2.75 yr) to 49 mo (4.1 yr)

7 - 8.5 yrs deal now
"best deal"

motion to be filed today

plead to 2 cts
dismiss 7 cts

∅ guns
∅ big money laundering
— only Cadillac

→ reject the offer, go to PT motions

Sarah asked about fingerprints in proffer (June) and fingerprint analysis not even completed (Aug) yet

Greg to call Jorge re: kid who

new dx re: Scion registration
BS 8638
Chryste Schamp