UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>　　　　Defendant-Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent. | NO. C18-1608RAJ<br>　　(CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br>("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 13

Notes from Prior Counsel Emily Gause

February 19, 2017

Mtg w/ Roland.                          2/19/17

$515K {
  $138,144.64 down payment for 11510 46th
  house was a loan from Landeros

  prop transaction timeline

  $203,290.68  Lake Stevens House
  was also $ from Landeros' loan
}

for Wed. {
  Wants the disk 2 and 3 / audio calls

  ( proffer letter signed
    get audio from proffer )
}

text msgs in newdx

---

Mtg 2/28/17

Hershman's analysis — print for Daza
                                    Cortez

(2/13/17 video)
  Mitsubichi dealer
  Mendoza-Garcia there
  Cuts out min or 2 in
  CS guides Roland to him

  Ø hand to hand transactions

P 8
"dating back to 2004"
        "at least 2009"
        2014 — in indictment?
              no
        "beginning @ time unknown"