UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | NO. C18-1608RAJ<br>(CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br>("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 16

Notes from Prior Counsel Emily Gause

March 7, 2017

Meeting with Roland

3/7/17

Discussed DV incidents for Fernando    -- R.B.L.   (4) incidents

Fernando does not speak english – how is he able to text with the agent. Did he have help with texting? He must have. Who helped him??

Provide Stephan a copy of Barricks report.

Sarah showed a note to Miguel about the liquor board license.

Need to reengage Lorraine for trial –

Think about bifurcating or dismissing the Avocados forfeiture

Can we move to dismiss Avocados as a forfeiture --

Roland does not want to go to trial

He wants 5-7 years, or agreed 6 or agreed 7, or even 5-8.

He wants me to really push on renegotiating.

Roland was never arrested in the Tacoma case – they say he was

** Greg to give us reports ASAP