UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>　　　　　Defendant-Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent. | NO.  C18-1608RAJ<br>　　　(CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br> ("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 17

Email between Prior Counsel Emily Gause and AUSAs Andy Colasurdo and Sarah Vogel

March 7, 2017

**From:** Vogel, Sarah (USAWAW) [mailto:Sarah.Vogel@usdoj.gov]
**Sent:** Tuesday, March 7, 2017 1:16 PM
**To:** emily@emilygauselaw.com; Colasurdo, Andy (USAWAW) <Andy.Colasurdo@usdoj.gov>
**Cc:** Wolgamuth, Karen (USAWAW) <Karen.Wolgamuth@usdoj.gov>
**Subject:** RE: Daza Cortez: Proposed Plea Agreement

Emily,
Your client explicitly rejected our final offer of an agreed range between 7 – 8.5 years. That offer is no longer available. We do not anticipate making any further offers, and as a general matter would be unlikely to consider something lower now than that.

At the same time, you are – and always have been - free to send us an offer of resolution for our consideration if you wish.

*Sarah Y. Vogel*
*Assistant U.S. Attorney*
*700 Stewart St., #5220*
*Seattle, WA  98101*
*206-553-2074 – desk*
*206-553-4440 – fax*

