UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>　　　　　Defendant-Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent. | NO.  C18-1608RAJ<br>　　　(CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br>("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 19

Email between Prior Counsel Emily Gause and AUSAs Andy Colasurdo and Sarah Vogel

March 10, 2017

**Emily Gause**

| | |
|---|---|
| From: | Vogel, Sarah (USAWAW) <Sarah.Vogel@usdoj.gov> |
| Sent: | Friday, March 10, 2017 3:49 PM |
| To: | Emily Gause |
| Cc: | Colasurdo, Andy (USAWAW); Wolgamuth, Karen (USAWAW) |
| Subject: | Daza Cortez |

Emily,

Andy just came back from meeting with you and said your client was not prepared to plead guilty today. I understand his position, but I want to make it perfectly clear – as I did when we spoke a few minutes ago - that the agreed ten years that Tessa approved was specifically conditioned on him entering the guilty plea today. Since that is not going to happen, that offer is not valid.

If he would like to plead next week, the agreed range will be higher than ten years.

*Sarah Y. Vogel*
*AUSA – WDWA*
*206-553-2074 – ofc*
*206-553-4440 – fax*