UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | NO. C18-1608RAJ<br>(CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255 ("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 20

Email between Prior Counsel Emily Gause and AUSAs Andy Colasurdo and Sarah Vogel

March 10, 2017

# Emily Gause

| | |
|---|---|
| **From:** | Emily M. Gause <emily@emilygauselaw.com> |
| **Sent:** | Friday, March 10, 2017 8:09 PM |
| **To:** | Florinda Cortez |
| **Subject:** | Roland Trial |

Florinda,

I would like to talk to you tonight or tomorrow about what happened in court and where Roland is at in terms of plea deal or trial. Decision must be made very quickly here because the government is pressing a hard deadline that Roland plead by Monday or all deals are off. I have been warning him that he would need to make decisions quickly if he waited until the end. He also spoke about hiring a new attorney. If he wants to do that, I will do whatever I can to help assist in that transfer. However the new attorney must contact me this weekend and enter a motion to substitute Monday. I should warn you that the court is not likely to allow a new attorney to substitute in. If I can help with that, however, I will do whatever I can.

We were in court for motions all day yesterday and today. The court denied every motion we filed. The governments best offer is now 10 years.
The court refused to grant me any other continuances of the trial date.
Trial starts Monday March 20. Based on new information as well as the loss of the motions, Roland is facing at least 15 years if he goes to trial. Things have gotten much worse very quickly.

Please let me know when I can call you. Again, I will do whatever the family wishes to help Roland.

Emily

Sent from my iPhone

1