UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO JESSE DAZA-CORTEZ,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | NO.  C18-1608RAJ<br>         (CR15-269RAJ)<br><br>UNITED STATES' ANSWER TO AMENDED PETITION FILED UNDER 28 U.S.C. § 2255<br> ("PETITIONER'S RESPONSE TO GOVERNMENT'S RESPONSE") |

Exhibit 22

Email between Prior Counsel Emily Gause and Florinda Cortez

March 14, 2017 to March 16, 2017

**Emily Gause**

| | |
|---|---|
| From: | Florinda Cortez <florindacortez9@gmail.com> |
| Sent: | Thursday, March 16, 2017 9:20 PM |
| To: | Emily Gause |
| Subject: | Re: Roland Trial |

Thank you for all your help and I appreciate the fact that you were always available to answer our questions and keeping us up to date. we are also glad that he took the deal. And my mom said she sent him a Check for over 4,000 to Craig so my mom said she will talk to my uncle tomorrow and try to send it out next week. And she will give out the samples of the letters so that we can have our family members do them. Anything else just let me know and we will do our part

Thank You!
Sury

On Wednesday, March 15, 2017, <emily@emilygauselaw.com> wrote:

Thank you for helping move Roland toward the deal. He did accept it on Monday. I have to say, it was disappointing for me and him. I wish he would have accepted the 7-8.5 year deal we had on the table a month ago. The final deal that he accepted was 10-11 years.

If he gets the 10 years, as I hope he will, he will have about 5 ½ years left to serve after subtracting his good time, credit for time served, RDAP program reduction (if he qualifies) and the 6 months or so that he would be transferred to a half way house.

Roland's sentencing has been scheduled for **June 9 at 10:00 A.M.** There is a chance that date will be moved a week or two, as I am schedule to speak at a conference in Eastern Washington that day. I will let you know as we get closer whether that date will change and give you the new date.

The next step in the process is that Roland will be interviewed by probation services. I will be there with him. Then probation will write a report.

I would like you to start collecting letters from friends and family who would like to say something about who Roland is to the judge. Some sample letters are attached.

Roland's judge is Honorable Richard Jones or Judge Jones. You can address letters directly to him. Also, please make sure to date and sign the letters. All letters can come directly to me, either by email or fax or you can mail them in to the address below.

1

If you have any questions, please do not hesitate to ask. Also – did you send Craig the check for $6,445? I will follow up with Lorraine more before you send her a check.

Thank you,

**Emily M. Gause**
Attorney at Law
Gause Law Offices, PLLC

1001 Fourth Avenue, Suite 4400

Seattle, WA 98154
Phone: 206-660-8775

Fax: 206-389-1708

Website | LinkedIn | Avvo

*Criminal defense throughout the State of Washington*

The information contained in this electronic communication is personal, privileged and/or confidential information intended only for the use of the individual(s) or entity(ies) to which it has been addressed. If you read this communication and are not the intended recipient, you are notified that any dissemination, distribution or copying of this communication, other than delivery to the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail. Thank you.

**From:** Florinda Cortez [mailto:florindacortez9@gmail.com]
**Sent:** Tuesday, March 14, 2017 8:37 PM
**To:** Emily M. Gause <emily@emilygauselaw.com>
**Subject:** Re: Roland Trial

Hello Emily

So my mom spoke to my uncle and he told her he accepted the deal to plead guilty. So my mom just wants to know what the next step is and what the process is he from here on?