# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND JESSE DAZA-CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:18-cv-01608-RAJ |

____   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth by the Court orally on October 1, 2021, Judgment is entered in favor of Respondent United States of America, against Petitioner Roland Jesse Daza-Cortez.

DATED this 1st day of October, 2021.

                                                 RAVI SUBRAMANIAN,
                                               Clerk of the Court

                                               By:  _/s/ Victoria Ericksen_
                                                                Deputy Clerk