HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND JESSE DAZA-CORTEZ, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 2:18-cv-01608-RAJ <br><br> ORDER |

The Court held an evidentiary hearing on September 30, 2021 and October 1, 2021 on Petitioner's § 2255 Motion to Vacate, Set Aside or Correct Sentence. Dkt. # 37-38. The Court made oral findings and, for the reasons set forth on the record, **DENIED** Petitioner's motion and **DENIED** his request for a certificate of appealability.

**IT IS SO ORDERED**.

DATED this 3rd day of December, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1